IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:11CR105

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER**<br>) |
| MICHAEL SCOTT GUMULA, | )<br>) |
| Defendant. | ) |

Pursuant to an oral motion by the United States this date, and with the defendant in agreement, the Court hereby dismissed the Notice of Forfeiture in the Bill of Indictment, herein.

Signed: November 9, 2012

_____
Dennis L. Howell
United States Magistrate Judge

1